# Court of Appeals
# of the State of Georgia

ATLANTA,  April 10, 2026

*The Court of Appeals hereby passes the following order:*

**A26A1365. CAMERON v. THE STATE.**

Upon consideration of Appellant's motion to remand in the above-styled case to the trial court for the completion of the record, it is hereby ordered that the motion is GRANTED. Upon remand, the trial court is directed to complete the record with exhibits properly admitted at the October 4, 2022 hearing.

Upon the filing of the exhibits or an order finding such exhibits are unavailable, the Fulton County Superior Court Clerk shall transmit the entire record, transcripts, and exhibits to this Court for re-docketing pursuant to the notice of appeal filed in this case.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  04/10/2026*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*